UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

Ms. L.M. Moran, District Clerk
U.S. COURTHOUSE
520 W. Soledad Ave., 4th Floor
Hagatna, Guam 96910
March 20, 2008

RECEIVED MAR 3 1 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

FILED
DISTRICT COURT OF GUAM
MAR 3 1 2008
JEANNE G. QUINATA
Clerk of Court

Francisco S.A. Ignacio
#89898-011
U.S. Penitentiary
P.O. Box 24550
Tucson, AZ 85734

Dear Ms. Moran:

On February 19, 2008, I wrote a letter to the Ninth Circuit Court of Appeals requesting for its unpublished Memorandum in People of Guam v Francisco S.A. Ignacio, Cr. App. No. 79-00036A (D. Guam App. Div.) aff'd, 637 F.2d 1339, (9th Cir. 1982). Docket #81-1107, 2/19/82. Before Alarcon, Poole, Ferguson, Circuit Judges.

On March 5, 2008, I received the 17 page unpublished memo. I found several differences as to what happened during the trial with the testimonies of the witnesses. The following differences of testimonies:

a) The judges said, that two witnesses positively identified defendant at Police line-up...April of 1979 Pacific Daily News reported, "Halfway house inmate, witnesses not sure."

b) Jones Tsui, testified that defendant turned store sign from open to close. He also said, that defendant was not wearing gloves and no tattoos because he was three feet from defendant. Furthermore, he said that defendant was cripple...Defendant have visible tattoos on both hands and fingers, and is not crippled.

c) Two police detectives, Sergeant Joe Tayama and Quenga, testified that no lead of defendant to the crime. Forensic Tests reveal no finger prints of defendant...This testimony was not mentioned by the Circuit judges or by the attorney on record.

The above twisted testimonies, defendant believed was the reason the Superior Court Clerk did not give a copy of the trial

transcript and other documents connected to defendant's case in 2004.

    An indigent defendant is entitle to free copy of trial transcript and documents regarding defendant's case.

    Defendant wonders if the attorney on record knew that the trial transcript was altered, to proof the government's case beyond reasonable doubt for the interest of justice.

Sincerely,

*Francisco S.A. Ignacio*
Francisco S.A. Ignacio
#89898-011   Inmate